# Law Offices of Jan Meyer & Associates, P.C.

**Jan Meyer** *◇✡☋◯③

Associates:
**Richard A. Hazzard** *◇
**Noah Gradofsky** *◇℘
**Stacy P. Maza** *◇
**Richard L. Elem** *◇
**Elissa Breanne Wolf** *◇
**Jonathan L. Leitman** *◇
**Elizabeth Kimmel** *◇®
**Keron E. Hoetzel** *

Senior Of Counsel:
**Steven G. Kraus**, LL.M., CSRP *◇☋℘

Of Counsel:
**Joshua Annenberg** *◇
**Michael J. Feigin** *◇®
**Isaac Szpilzinger** ◇

> **Application Granted**
>
> *Valerie Figueredo, U.S.M.J.*
> DATED: 3-7-2023
>
> All case deadlines are hereby adjourned sine die. The parties are directed to file their stipulation of voluntary dismissal by April 4, 2023. The Clerk of Court is directed to terminate the motion at ECF No. 23.
> **SO ORDERED.**

March 6, 2023

The Honorable Valerie Figueredo
United States Magistrate Judge
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007
*VIA ECF*

        RE: Government Employees Ins. Co. a/s/o Warren v. U.S.
        Docket No. 1:22-cv-2781-VF
        My File No. 0177931350101023

Dear Judge Figueredo:

    As Your Honor is aware, this office represents Government Employees Insurance Company, Plaintiff in the above-referenced action.

    This letter is written on behalf of both parties to respectfully advise the Court that the parties have reached a settlement in principle. The parties respectfully request until April 4, 2023 to paper the settlement and file a stipulation of dismissal. Further, in light of this development, the parties jointly respectfully request that all other pending deadlines be adjourned *sine die*.

    I thank the Court for its consideration of this matter.

                                Respectfully Submitted,

                                Richard L. Elem

Cc:    Brandon H. Cowart, Assistant U.S. Attorney (via ECF)